**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **BOBBY RAY REED #105864** | **CIVIL ACTION NO. 24-cv-021 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MICHELE DAUZAT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 16] previously filed herein, having thoroughly reviewed the record, including the Objection filed by Plaintiff Bobby Ray Reed ("Reed") [Doc. No. 17], and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition [Doc. No. 1] and the Amended Complaint [Doc. No. 7] filed by Reed are **DISMISSED WITH PREJUDICE** as to the jurisdictional issue but **WITHOUT PREJUDICE** as to the merits.[1]

MONROE, LOUISIANA, this the 23rd day of May 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] *Pack v Yusuff*, 218 F.3d 448, 454 (5th Cir. 2000) ("Because the district court did not rule on the merits of Pack's claim, his petition should be dismissed with prejudice regarding the jurisdictional issue only, and dismissed without prejudice regarding all other issues."). *Reed v. Young*, 471 F.App'x 284, 285 (5th Cir. 2012) (unpublished) (because the district court lacked jurisdiction, its judgment should reflect that the dismissal was with prejudice as to the jurisdictional issue, and without prejudice as to the merits of Reed's claim).